**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AGNES RIVERA-UMPIERRE,

                    Plaintiff,

    -against-                                      22 **CIVIL 1667** (PKC)

                                                          **JUDGMENT**

BKH ACQUISITION HOLDCO, I, LLC and
BKH ACQUISITION CORP.,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 4, 2023, considering and balancing the five factors leads the Court to conclude that dismissal of this action with prejudice pursuant to Rule 41(b) is the proper remedy for the willful and prolonged disobedience of the March 8 Order. The action is dismissed with prejudice. Final judgment is entered for the defendants.

**Dated:** New York, New York
           April 4, 2023

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                          **BY:**
                                                                  *K. Mango*

                                                                 **Deputy Clerk**